# VITORENO v. COREA.

## No. 14,055; December 20, 1890.

25 Pac. 420.

**Appeal.—Where No Transcript on Appeal is Filed** within forty days as required by the rule of the court, and no showing made to take the case out of that rule, the appeal will be dismissed on motion of respondent.

APPEAL from Superior Court, Contra Costa County; Joseph P. Jones, Judge.

Thomas Scott for appellant; Chase, Chase & Miller for respondent.

PER CURIAM.—Appeal was perfected in this case March 5, 1890. No transcript has been filed, and no showing is made taking the case out of the operation of the rule requiring transcripts to be filed within forty days after the perfection of appeal. On motion of respondent, it is ordered that the appeal be dismissed.